United States District Court
Northern District of Mississippi

United States of America

vs.                                                                 Cause No: 3:19-cr-65

Joe Johnson

## Motion For Extradition

Comes Now, the Defendant, Joe Johnson, in and for the Above Mentioned Cause, do hereby Submit this Motion For Extradiction to this court, and goes to show the following to wit:

The Defendent is currently serving a (20) yr sentence with the Miss Dept of Corrections. Sentence is to be served day for day.

That on May 14th 2019, the Defendent was removed from the Custody of MDOC "Wilkinson County Corr. Facility", by the Madison County Sheriff's Dept, where he was taken to the Madison County Detention Center to be held for the Federal Bureau of Investigations. Defendent was later Transferred to the Laffayette County Detention Center on May 17th 2019, where he has remained since

Defendent Johnson, is being charged in a multi-count indictment with several other defendents; one of which "Donald Jones" has failed to be served with his indictment and brought forth for an Arraignment, Eventhough the Federal Bureau of Investigations is fully aware of Mr. Jones location and Situation and could have easily served mr. Jones or have brought him forth by Now.

That Failure to serve Mr. Jones in a timely manner is taking a toll on the other defendants, Preferably the defendant in this cause, Causing him un-needed stress, depression, and mental Anguish. The Defendent was being treated within MDOC for Mental Disabilities. This long and extensive wait is clearly Cruel and in-humane treatment set out towards the Defendent.

Due to the underlying facts provided in this Motion, The Defendent is requesting that this Honorable Court grant an order to extradite him back to the custody and care of the Miss. Dept of Corrections to await further proceeding in this cause.

This the 29th Day of July 2019

Joe Johnson
/s/ Joe Johnson

Joe Johnson
711 Jackson Ave.
LADC
Oxford MS 38655

**RECEIVED**
AUG 07 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**WARNING**
Not responsible for letter contents. Any enclosed money orders should be referred to your local post master before cashing.
Laf. Co. Detention Center

MEMPHIS TN 380
29 JUL '19
PM 22D JUL 2019 PM 1 L

United States District Court
Northern District of Mississippi
Oxford MS. 38655