# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:19CR065-DMB-RP**

**LOCATION HELD: OXFORD/VIA VIDEO FROM LCDC**

**UNITED STATES OF AMERICA V. DERRICK HOUSTON AND DARRELL STEELE**

**DATE & TIME BEGUN:** 11/04/20 @ 11:40 a.m.

**DATE & TIME ENDED:** 11/04/20 @ 11:59 a.m.

**TOTAL TIME:** 19 minutes

**PRESENT:**

**HONORABLE ROY PERCY, U. S. MAGISTRATE JUDGE**

| Rebekah Capps | Digital Recording |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**      **ATTORNEY(S) FOR DEFENDANT(S):**
Sam Stringfellow      Terence High for Darrell Steele

**PROCEEDINGS:** Initial Appearance on Indictment as to both defendants and Arraignment as to Darrell Steele

**ENTRY TO BE MADE ON DOCKET:**
Defendant Darrell Steele appeared with retained counsel, Terance High, who appeared via video as well. Initial appearance and arraignment held as to Darrell Steele. Defendant Steele waived formal reading of indictment and entered a plea of not guilty. The prosecution requested detention as to Defendant Steele. Detention hearing not set at this time, defendant here on a writ so bond not an issue at this time. Prosecution's Brady obligations confirmed on the record. Defendant Houston sworn to financial status on the record. Court appointed Federal Public Defender as counsel for Defendant Houston. The prosecution requested detention as to Defendant Houston. Detention hearing not set at this time, defendant here on a writ so bond not an issue at this time. Arraignment as to Derrick Houston set for Monday, November 9, 2020 at 1:30 p.m. to be held via video from Lafayette County Detention Center before Magistrate Judge Roy Percy. Both defendants remanded to custody of U.S. Marshal.

**DAVID CREWS, CLERK**

/s/ Rebekah Capps
Courtroom Deputy