IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                          CAUSE NO. 3:19-cr-065-DMB-RP

LATROY DANIELS, et al.                                                          DEFENDANTS

## **PROTECTIVE ORDER**

      In accordance with the court's Order Granting in Part and Denying in Part Government's

Motion for Protective Order (Docket #364), it is hereby ORDERED as follows:

      1.     This order governs the discovery of materials that are subject to disclosure by the

Government pursuant to 18 U.S.C. § 3500 ("Jencks Act materials"), as well as documents

subject to disclosure and previously sealed by the court in connection with warrant applications

("sealed documents"). Jencks Act materials and sealed documents are hereinafter referred to

collectively as "Protected Materials." Protected Materials shall be provided to defense counsel

on one or more electronic storage devices marked as containing "Protected Materials" and

separate from any electronic storage devices containing other discovery materials. Defense

counsel may review unredacted sealed documents at the Office of the U.S. Attorney.

      2.     Except as provided in paragraph 3 of this order, Protected Materials and any

copies thereof shall be kept in the constant care, custody, and control of defense counsel and/or

defense counsel's staff (attorneys formally associated with defense counsel's law firm and

full-time secretaries, paralegals, and legal assistants). Any review of Protected Materials by a

defendant shall take place in the presence of defense counsel. Protected Materials and any

copies thereof shall not be left in a defendant's possession or at any detention facility. Protected

Materials and their contents may not be discussed with, or disseminated/disclosed to, anyone

other than the defendants, defense counsel, and defense counsel's staff, except upon express

authorization of the court. Defense counsel shall promptly return or destroy all Protected Materials and any copies thereof once a judgment as to his client in this case becomes final or once any direct appeal is finally resolved.

      3.    The defendants may review Protected Materials outside the presence of defense counsel only in a secure room designated by the administrator of the detention facility, and provided that defense counsel personally provides his client with the Protected Materials or copies thereof inside the secure room and then personally retakes possession of the materials from his client inside the secure room afterwards. If the Protected Materials are provided to a defendant in electronic format for review in accordance with this paragraph, then the device used by the defendant to view the Protected Materials must be incapable of accessing the internet or any other means of communication. Under no circumstances may a defendant retain possession of Protected Materials overnight or outside the secure room.

      4.    As to the defendants Latroy Daniels, Gregory Moffett, Michael Willie, Derrick Houston, and Darrell Steele, this Protective Order supersedes any and all protective orders previously entered in this cause.

      SO ORDERED, this the 1st day of December, 2020.

                    /s/ Roy Percy
                    UNITED STATES MAGISTRATE JUDGE