RECEIVED
JAN 11 2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

From/MR DARRELL STEELE
711 E Jackson Ave
Oxford MS

Judge SHARON A

DA: Dec 12, 2020
RE: Complaint/Request

3:19-cr-00065-DMB-RP-12

Comes Now I file this Request/Complaint on my Attorney Torrance High. I am Requesting to fire MR High Do to Effective Assistance of Counsel, MR High has been None Communicatable, Also He has Refused to file for me A Speedy Trial for my Case in The Southern District as I have Requested Him to do So. I am Requesting Another Attorney Thank You.

CC my File
Judge A Cock
Miss BAR

Mr. Steele Need's a Criminal Lawyer.

