IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CRIMINAL NO. 3:19-cr-065-DMB-RP

DERRICK HOUSTON, a/k/a Psycho, a/k/a Mr. CEO Houston;
a/k/a Big Homie Sych.; a/k/a Derrick Lash Houston     DEFENDANT

## MOTION TO HAVE CASE DECLARED COMPLEX

COMES NOW Derrick Houston, by and through counsel, and files this his Motion to have this case declared complex pursuant to Title 18, U.S. Code §3161(h)(7)(A) and (B)(ii). In support of said motion, Defendant would show unto the Court the following:

1. On October 8, 2020, a federal grand jury in the Northern District of Mississippi returned a 6-count superseding indictment charging the Defendant and four co-defendants with engaging in a RICO enterprise. The defendants are alleged to be members of a group identified as the Gangster Disciples. The 17 page indictment alleges a conspiracy which spans **20 years** (Paragraph 9, page 7 of the indictment) and multiple predicate acts including murder; arson; money laundering; conspiracy; drug trafficking; and aggravated assault. In fact, any of the individual predicate acts alleged would alone be a complicated case to prosecute or defend.

2. In support of the indictment, the government has produced voluminous, digitally formatted Rule 16 discovery comprised of cell phone records; texts; interviews; recorded conversations and documents which must be reviewed and placed on a timeline in order to try to understand their context in relation to other events within the indictment. With the number of defendants and predicate acts alleged, this is a time consuming and painstaking task.

3. In light of the range and complexity of the issues, both legally and factually, and the

massive volume of discovery, defense counsel will require an extraordinary amount of time to review and evaluate same; to consult with experts and to conduct independent investigation and interviews of witnesses, as well as to research the legal issues raised by this indictment.

That based on the foregoing, counsel for the Defendant Derrick Houston moves the Court to find that this is a complex case within the meaning of 18, U.S. Code Section 3161(h)(7)(B)(ii).

RESPECTFULLY SUBMITTED, this the 12th day of February, 2021.

/s/ Joe M. Hollomon
JOE M. HOLLOMON, ATTORNEY FOR
AND ON BEHALF OF DERRICK HOUSTON

OF COUNSEL:

Joe M. Hollomon, Esq. (MSB # 2551)
JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street
Post Office Box 22683
Jackson, Mississippi 39225-2683
Tel. 601-353-1300
Fax 601-353-1308
jhollomon@outlook.com
joehollomonlaw@yahoo.com

## CERTIFICATE OF SERVICE

I, Joe M. Hollomon, do hereby certify that I have this date electronically filed the foregoing *Motion To Have Case Declared Complex* with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the 12th day of February, 2021.

/s/ Joe M. Hollomon
JOE M. HOLLOMON

2