IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES – GENERAL

No. 3:19-cr-65-12

UNITED STATES OF AMERICA V. DARRELL STEELE

Place Held: Greenville, Mississippi

Date & Time Began: May 17, 2023, 1:33 p.m.
Date & Time Ended: May 17, 2023, 2:07 p.m.

TOTAL TIME: 34 minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| LaToya L. Davis | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Samuel Stringfellow | Terence High |

U.S. PROBATION:
Lonnie Everill

Proceeding:   Change of Plea Hearing

Remarks:   Defendant pleaded guilty to Count One of the Second Superseding Indictment. Plea agreement accepted. Defendant remains in custody. Sentencing set for August 16, 2023.

DAVID CREWS, Clerk of Court

By: /s/LaToya L. Davis
    LaToya L. Davis, Courtroom Deputy