**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                                   **NO. 3:19-CR-65-12**

**DARRELL STEELE**

## <u>EXHIBIT LIST</u>

| Presiding Judge<br>Debra M. Brown | | | | Attorney for Government<br>Kimberly Hampton | Attorney for Defendant<br>Terence High |
|---|---|---|---|---|---|
| Date<br>August 16, 2023 | | | | Court Reporter<br>Brenda Blackburn | Courtroom Deputy<br>LaToya L. Davis |
| Gov. | Def. | Offered | Marked | Admitted | Description of Exhibits |
|  | 1 | 8/16/23 |  | 8/16/23 | Report of Investigation #777015-19-0075 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |