RECEIVED FEB 28 2024 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Date: 1/29/2024

To: Hon. Debra M. Brown, Cheif Justice, Northern District, Greenville, Division, 305 Main St., #401, Greenville, MS. 38701

From: Michael W. Willie, #72748, C.M.C.F, Education Village, 1-A Yard, C-G Bed #92, P.O. Box 88550, Pearl, MS.

Re: Reminder and Requesting Assistance

Dear Hon. Brown,

I, Michael Warren Willie, #72748, address this letter to your Office as a reminder and for your assistance in doing a follow-up on Hon. Derrick T. Simmons push to aid and assist me in my desire to be released.

I know it has been over a year since I was before you in your Court Room and the delayed push for release after 35 years of incarceration might seemingly appear to be that my desire to be a part of society once again was not part of my existence. That is the ~~fear the rest~~ last thing I want you to think, because that's not the case. I just

doing something positive after returning to the madness and not getting caught up in any situation(s) that would alter my vision of doing things that would be a reflection to my desires to be a voice and a part of stopping so much of the youth violence, not only in my hometown and area of Panola County and the surrounding areas, but the state of Ms. Their is one thing the D.O.J. said about me that was 100% true and that is that I am well known and know just about everything that goes on.

Right now I am a part of a movement that is focusing on changing the idealogy of of educating each Offender that comes through C.M.C.F. Not an easy task, but being a member of this Club, Big Brother Mentor, sponsored by Warden Jeremy St. Julian, has given me an oportunity to motivate other inmates to change their ways of living an accept the opportunties that's being offered through M.D.O.C. After all these years I have never witness any staff member showing that the buck don't have to stop here because a person has stumbled and fell. He's a person you would have to meet and talk to to fully grasp what I am saying.

Anytime you have a <u>Leader</u> governing your everyday life that inspire <u>Hope</u> in <u>you</u> as an individual you know He's genuine. Never in all my years has I seen a member of the Administrative Staff of his Ranking hand's on seven (7) days a week and does what he say. I know you are busy and don't have a spare moment to take the trip to C.M.C.F., but if you talk to him you will see why I feel that we all has journey's that we are required to fullfill. In our short time of being in each other present I am touched. He has a saying that he stand firm on, "Everyone deserves a second chance, but don't give anyone the bullet to shoot you with." By the way he's one of the many staff members here that's willing to write letters of recommendations for my release. It's not like they just meet me, because several of them know me from other prison(s) they have worked and just don't believe in the way I have changed. A couple of them did the proper work to send me to the D.O.J. Let me stop rambling, and end this. Calling Him and you don't have to let him no I ask you to just tell him you calling to check up on

Someone under his supervision. Ask him about my Character, and whether I deserve a second chance. If you don't mind please contact Hon. Simmons for me and check the status on what he said he would do in your Courtroom that day when I was sentence.

Thanking you advance for any and all assistance you might be able to render in this endeavor. Once again Thanks, God Bless and Merry Christmas.

Respectfully Written,

Michael W. Willie, #72748

Michael Willie #72748
C.M.C.F., 1-A Yard, C-C-118
P.O. Box 88550,
Pearl, MS. 39288-

JACKSON MS 390
3 JAN 2024 PM 3 L

**WARNING**
Not responsible for letter contents
Any enclosed money orders should
Be referred to your local Post Master
Before cashing MS DEPT of Correction

**RECEIVED**
**FEB 2 8 2024**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Hon. Judge Debra, M. Brown
Cheif Justice, Northern District
Greenville Division
305 Main St., #401
Greenville, MS. 38701

38701$4006