

| Individualized Needs Plan - Program Review (File copy) | SEQUENCE: 02343573 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 03-11-2024 |
| Plan is for inmate: STEELE, DARRELL EUGENE  22045-043 | |



| Facility: | MCR  MCCREARY USP | | |
|---|---|---|---|
| Name: | STEELE, DARRELL EUGENE | | |
| Register No.: | 22045-043 | | |
| Age: | 49 | DNA Status: | MCR06325 / 09-19-2023 |
| Date of Birth: | 03-23-1974 | CIMS Status: | NO |
| Proj. Rel. Date: | 04-08-2037 | CIMS Reconciled: | N/A |
| Proj. Rel. Method: | GOOD | | |

## Contact Information

**Emergency contact #1**
Lakiver Leggett, SISTER
130633 avenue, MDN, MS 39301 US
Phone (Home) : 601-480-6026

| Inmate is subject to 18 U.S.C. 4042(B) Notification: | Yes |
|---|---|
| CURRENT CONVICTION FOR A CRIME OF VIOLENCE | |
| PRIOR CONVICTION FOR A CRIME OF VIOLENCE | |
| Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration: | N/A |

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:1962(D) & 1963 CONSPIRACY TO COMMIT RACKETEERING ACTIVITY | 240 MONTHS |
| 18:922(G)(1) & 924(A)(2) FELON IN POSSESSION OF A FIREARM | 60 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 09-26-2023 |
| DRVE LIC N | DRIVERS LICENSE - NO | 09-26-2023 |
| PHOTO ID N | PHOTO ID - NO | 03-04-2024 |
| RPP NEEDS | RELEASE PREP PGM NEEDS | 09-26-2023 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 09-26-2023 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 09-26-2023 |
| VETERAN N | VETERAN - NO | 09-26-2023 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 09-26-2023 |
| V94 PV | V94 PAST VIOLENCE | 09-26-2023 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 08-23-2023 |

## Inmate Photo ID Status

| Full status incomplete - Expiration: null |
|---|

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| NO ASSIGNMENTS | | | |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MCR | ESL HAS | ENGLISH PROFICIENT | 09-12-2023 |
| MCR | GED EN | ENROLL GED NON-PROMOTABLE | 09-12-2023 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| NO COURSES | | | | |

## Discipline History (Last 6 months)



| Individualized Needs Plan - Program Review | (File copy) | SEQUENCE: 02343573 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 03-11-2024 |
| Plan is for inmate: STEELE, DARRELL EUGENE  22045-043 | | |

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MCR | A-DES | US DISTRICT COURT COMMITMENT | 09-07-2023 | CURRENT |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-18-2023 |
| SCRN2 | CCM: STABLE CHRONIC CARE | 08-24-2023 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 10-27-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-27-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-27-2023 |

## Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED FAIL R | DRUG EDUCATION FAIL-REQUIRED | 02-02-2024 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** PART    FINANC RESP-PARTICIPATES    Start: 10-19-2023

| Inmate Decision: | **AGREED** | **$25.00** | Frequency: | **QUARTERLY** |
|---|---|---|---|---|
| Payments past 6 months: | | **$50.00** | Obligation Balance: | **$150.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $50.00 | IMMEDIATE | AGREED | | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | 03-12-2024 | MCR | PAYMENT | INSIDE PMT | | $25.00 |
| | | 12-09-2023 | MCR | PAYMENT | INSIDE PMT | | $25.00 |
| 2 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED | | |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

## FRP Deposits

Trust Fund Deposits - Past 6 months:  $ N/A        Payments commensurate ?   N/A

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 09-26-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-16-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-16-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-16-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 09-19-2023 |
| N-EDUC Y | NEED - EDUCATION YES | 10-16-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 10-16-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-16-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-16-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 10-16-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-16-2023 |



# Individualized Needs Plan - Program Review    (File copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: STEELE, DARRELL EUGENE    22045-043

SEQUENCE: 02343573
Team Date: 03-11-2024

| Assignment | Description | Start |
|---|---|---|
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-16-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-16-2023 |
| N-WORK Y | NEED - WORK YES | 10-16-2023 |
| R-HI | HIGH RISK RECIDIVISM LEVEL | 10-16-2023 |

**Progress since last review**

Drug ed fail

**Next Program Review Goals**

Complete Drug ed and NRES drug.

**Long Term Goals**

Complete Money Smart by 3/25.
Obtain GED by 12/26.
Complete Talking with your Doctor by 9/25.
Complete Vocational Work Keys by 3/26.
Complete Threshold by 9/26.

**RRC/HC Placement**

No.
Management decision - Review 17-19 month from release. .

**Comments**

407/408 reviewed and current.
Judicial Recommendations: Yes, Yazoo.



**Individualized Needs Plan - Program Review** (File copy)  
Dept. of Justice / Federal Bureau of Prisons  
Plan is for inmate: STEELE, DARRELL EUGENE  22045-043

SEQUENCE: 02343573  
Team Date: 03-11-2024

Name: STEELE, DARRELL EUGENE  
Register No.: 22045-043  
Age: 49  
Date of Birth: 03-23-1974  

DNA Status: MCR06325 / 09-19-2023

X _Darrell Steele_  
Inmate (STEELE, DARRELL EUGENE. Register No.: 22045-043)

3/11/24  
Date

_____  
Unit Manager / Chairperson

_____  
Case Manager

3/11/24  
Date

3/11/24  
Date