RECEIVED
DEC 02 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DATE: Nov 15, 2024

RE: Letter Case #3:19-CR-65-11

Dear Honorable Judge Brown,

May Peace and Blessings be upon you. I'm writting you today because today is not A good day for me. As I sit here I think about all the people that I have hurt throughout my life, from victems to victems family, to even myself and my family. Last night I had a talk with my daughter who is 28 years old. And as she cried telling me how much she needs me because as she say my absents for 24 years had her jumping from one relationship to the other looking for the love that only her father can give her. As she reveded to me that my absents took a effect on all 3 of my daughters and their decision making concerning men. As I listened to her I couldnot help but to understand my own bad decision making. Then as I turn on the

Tv and see Denzel Washington, BeBe and CeCe Winan and other people that I use to be in to as of 24 years ago who I actual have not seen in 24 years, But when I saw these people today, None of them looked the same, they all have gotten old. Then I take A look in the mirror and I see the man I am today gray hair everywhere, Now realizing that I have aged in prison, And everybody I know has aged some close friends and family have passed away. My whole life has been spent in prison because of my immaturity and lack of valueing life and freedom. Remember when I was in your court room on my sentencing day and you ask me to name all the people who were there to support me? And when I got to my mother I cried like A Big Baby! Why? Because on that day I saw my mother for the 1st time in 20 years and the last time I saw her she was young and beautiful looking so much like you, But that day I looked at my mother I saw A old woman who had aged

without me seeing or witnessing it. And it is this reason I still cry when I think of this, and it is all because of my bad decisions making and immaturity growing up in prison. It really appears that life has passed me by. I am so sorry for all my wrong doing and this is one of the reasons why I continue to help and mentor others and continue to educate myself because I never want any young man or woman or person to make the decisions I made and suffer for so many years because of it. Then years later after life has passed them by or love ones passed from old age. My heart is in great remorse right now for all the Bad things in life that I did, "people who I hurt and who are still hurting today from my decision makings of the pass, "I am so sorry". I'm writing you because I find it better to vent to someone who holds my life and whats left of my future in their hands, "And I know that you are A Just Judge from all

the people and communities that you have helped. Even myself. "However I am praying to God that you have the Holiday spirit and that you are surrounded by your love ones. And that you think of me, A man who have not spent A Christmas or New years with his mother, children or family in over 24 years. And I am asking you today to Please let my Compassionate Release be a gift Christmas, Thanksgiving, New years gift to my family. Thank you so much for listen/reading this letter. God Bless you.

Happy Holidays,

Derick Houston SR

Derrick Houston #49554-555
FCI Leavenworth
P.O. Box 1000
Leavenworth KS-66048

Honorable Chief Judge (Debra Brown)
United States District Court
911 Jackson Ave E, STE 369
Oxford MS-38655

