| | |
|---|---|
| **From:** | Heather Poage |
| **To:** | Judge-Brown-ECF MSND |
| **Subject:** | Derrick Houston |
| **Date:** | Friday, May 9, 2025 8:00:52 AM |

**CAUTION - EXTERNAL:**

Hello Judge Brown,

I hope this finds you well. It is an honor to have your attention, even for a moment. My name is Heather Poage, I am writing to provide an update on Derrick Houston. He is awaiting release from Leavenworth KS.

Mr. Houston has been working diligently, making arrangements for his release. He is currently in Leavenworth and plans to remain in Kansas City. He has arranged to occupy my second bedroom, and i am agreeable to allowing him time to establish employment.

He has a plan to start a transportation company servicing the elderly and disabled communities in the Kansas City area and growing from there. Small businesses like this in the area report having grown faster than anticipated and say that there is plenty of business for everyone.

Derrick has become a mentor to his peers and a compassion counselor to fellow inmates in crisis. I can't wait to see how he will affect the lives of those he is so eager to serve in the community.

Thank you for your time and consideration.

Heather Poage
913.755.1305
400 South Moonlight Road
Gardner KS 66030

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.