#99554-555

Derrick Houston
FCI Leavenworth
P.O. Box 1000
Leavenworth KS 66048

**RECEIVED**

JUN 2 6 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Honorable Judge Debra M Brown
 305 Main Street
  Suite 329
Greenville MS 38701

DATE: June 11, 2025

REASON: A Reminder...

God Bless you!

Please forgive me; God knows I do not mean any disrespect as if in you need A reminder of me or my pending motion before your Court, Because one thing I remember about you is that, your very professional and organized; And as Chief Judge I know you have A Big Responsibility so I know you are busy an get tired of reading and I'm not trying to be A burden to you by adding lots more for you to read Considering all that I have before you already Pending, is Alot to read so I will keep this as simple as possible,

PLEASE REMEMBER ME...

Thank you So much
with Warm Remarks
Derrick Houston

Derrick Houston #99554-555
FCI Leavenworth
P.O. Box 1000
Leavenworth Ks 66048

JACKSON MSY 390

21 JUN 2025 PM 23 L

U.S. Northern District of Miss Court
Honorable Chief Judge Debra M Brown
305 main Street Suite 329
Greenville Ms 38701

RECEIVED

JUN 2 6 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

38701-401379